UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal Case 4:19–cr–00147 |
| Cyrus Allen Ahsani, et al. | § § | |

# Notice of Reassignment

Pursuant to Special Order No. 2021–19, this case is reassigned to the docket of United States District Judge Andrew S Hanen. Deadlines in scheduling orders remain in effect, and all court settings are vacated

Date: December 9, 2021

Nathan Ochsner, Clerk