United States District Court
Southern District of Texas
**ENTERED**
March 31, 2023
Nathan Ochsner, Clerk

UNITED STATES OF AMERICA § SOUTHERN DISTRICT OF TEXAS
§ HOUSTON DIVISION
§
§
Versus §
§
SAMAN AHSANI § CRIMINAL CASE: 4:19CR147-1

## ORDER TO SURRENDER

The defendant, SAMAN AHSANI #92532-083

having been sentenced to the custody of the Bureau of Prisons, is ordered to surrender on **Monday, April 24, 2023,** by 2:00 pm to:

FCI BEAUMONT LOW
5560 KNAUTH ROAD
BEAUMONT, TX 77705
409-727-8172

Signed on ____March 30____, 2023

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE